FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

FEB 4 - 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. __'10 - CV - 0 0 2 3 5 *BnB*__

**(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)**

LEON CLARKE,

      Petitioner,

v.

WARDEN DANIELS,

      Respondent.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PETITIONER TO CURE DEFICIENCY

---

Petitioner has submitted a "Petition Under 28 U.S.C. § 2241" and a "Writ of

Habeas Corpus."  He has failed either to pay the $5.00 filing fee or to file a Prisoner's

Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas

Corpus Action.  As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the

court has determined that the submitted documents are deficient as described in this

order.  Notwithstanding the deficiencies, the clerk of the court will be directed to

commence a civil action.  Petitioner will be directed to cure the following if he wishes to

pursue his claims.  Any papers which the Petitioner files in response to this order must

include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**

(1)    X    is not submitted

(2)    __    is missing affidavit

(3)    __    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing

(4)    X    is missing certificate showing current balance in prison account

(5)    __    is missing required financial information

(6)    __    is missing an original signature by the prisoner

(7)    __    is not on proper form (must use the court's current form)

(8)    __    names in caption do not match names in caption of complaint, petition or habeas application

(9)    __    An original and a copy have not been received by the court. Only an original has been received.

(10)    X    other: Motion is necessary only if filing fee is not paid in advance.

**Complaint, Petition or Application:**

(11)    __    is not submitted

(12)    X    is not on proper form (must use the court's current form)

(13)    __    is missing an original signature by the prisoner

(14)    __    is missing page nos. __

(15)    __    uses et al. instead of listing all parties in caption

(16)    __    An original and a copy have not been received by the court. Only an original has been received.

(17)    __    Sufficient copies to serve each defendant/respondent have not been received by the court.

(18)    __    names in caption do not match names in text

(19)    __    other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Petitioner cure the deficiencies designated above

**within thirty (30) days from the date of this order.** Any papers which the Petitioner

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Petitioner, together

with a copy of this order, two copies of the following forms: Prisoner's Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action

and Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.  It is

FURTHER ORDERED that, if the Petitioner fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the petition and the

action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this _2d_ day of _February_, 2010.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.  '10 – CV – 0 0 2 3 5

Leon Clarke
Reg No. 72777-004
US Penitentiary Florence
P.O. Box 7000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 forms** to the above-named individuals on _2/4/10_

GREGORY C. LANGHAM, CLERK

By:_____
               Deputy Clerk